No. 617. UNITED STATES *v.* AETNA CASUALTY & SURETY Co. C. A. 2d Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *William A. Hyman* for respondent.

No. 618. UNITED STATES *v.* WORLD FIRE & MARINE INSURANCE Co. C. A. 10th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Pearce C. Rodey* for respondent.

No. 619. UNITED STATES *v.* YORKSHIRE INSURANCE Co.; and
No. 620. UNITED STATES *v.* HOME INSURANCE Co. C. A. 3d Cir. Certiorari granted. *Solicitor General Perlman* for the United States.

*Certiorari Denied.* (*See also No. 631, supra.*)

No. 435. INLAND STEEL Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Ernest S. Ballard* for petitioner. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Marcel Mallet-Prevost* for the National Labor Relations Board, respondent.

No. 594. ROETT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Frederic M. P. Pearse* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 597. SHEPARD NILES CRANE & HOIST CORP. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. C. A. 2d Cir. Certiorari denied. *James L. Burke* for petitioner. *Solicitor General Perlman, William S. Tyson* and *Bessie Margolin* for respondent.